UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HAKAN DURANTAS, individually and on behalf of all others similarly situated,

                              Plaintiffs,

    -against-

KATIE'S KITTY, INC.

                              Defendant.
-----------------------------------------------------------------X

Case No. 1:23-cv-7305

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed without prejudice and without costs. Each party will bear its own costs and fees.

Dated: May 16, 2024

New York, New York

| Mars Khaimov Law, PLLC | Stein & Nieporent LLP |
|---|---|
| By: /s/ *Mars Khaimov* | By: /s/ *David Stein* |
| Mars Khaimov, Esq.<br>100 Duffy Avenue, Suite 510<br>Hicksville, New York 11801<br>Tel.: 929.324.0717 (direct)<br>mars@khaimovlaw.com<br>*Attorneys for Plaintiff* | David Stein, Esq.<br>1441 Broadway, Suite 6090<br>New York, NY 10018<br>Fax: (212) 836-9595<br>dstein@steinllp.com<br>*Attorneys for Defendant* |

SO ORDERED:  /S/ Frederic Block   5-16-2024
U.S.D.J

4895-5040-3388.1